# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

December 6, 2021

**VIA ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Young*, Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

I represent Frayvon Young in the above-referenced matter. I write now without opposition from the Government and Pretrial Services to request a modification to Mr. Young's bail conditions. The specific request is to reduce Mr. Young from home incarceration enforced by location monitoring to <u>a curfew, as set by Pretrial Services and enforced by location monitoring.</u>

Mr. Young presently is on bail in the above-referenced matter with conditions of a bond and home incarceration with electronic monitoring, which only allows him to leave home for counsel visits and medical emergencies. Mr. Young wants to pursue employment and/or further his education, which he cannot do on home incarceration. I have discussed this request with Pretrial Services Officer Marlon Ovalles who has advised me that Pretrial consents to this modification. I also have communicated with AUSA Christy Slavik regarding this request. AUSA Slavik has indicated in an email that the Government has no objection to this request and defers to Pretrial Services. Pretrial Services Officer Ovalles has advised me further that Mr. Young is in compliance with the conditions of his present bail.

Thank you for the Court's consideration of this request.

Respectfully submitted,

John F. Kaley

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 84.
SO ORDERED.

12/7/2021

_____
PAUL A. ENGELMAYER
United States District Judge