# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

   OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619·3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

August 24, 2022

**VIA ECF Filing**
The Honorable Paul A. Engelmayer
United State District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  _United States v. Young_, Docket No. 21 Cr. 499 (PAE)

Dear Judge Engelmayer:

    I represent Frayvon Young in the above-referenced matter.  I write now to request that sentencing presently scheduled for September 16, 2022 be adjourned for approximately 30 days to the week of October 17th if that would be convenient for the Court (but not October 17th). This request is being made because I need additional time to meet with Mr. Young and then to complete and file a sentencing submission on his behalf.

    Mr. Young presently is on bail in the above-referenced matter and Pretrial Services Officer Ovalles has advised me that Mr. Young is in compliance with the conditions of his present bail.  I have communicated with AUSA Kedar Bhatia regarding this request and have been advised that the Government does not object to the adjournment of sentencing being requested.

    Thank you for the Court's consideration of this request.

--------------------------------------------------------------------------

**GRANTED.** Sentencing is adjourned to October 27, 2022 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 190.

Respectfully submitted,

/s/
John F. Kaley

SO ORDERED.

8/30/2022

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge